**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 5, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00004-CV

---

## CARR ENGINEERING, INC., Appellant

## V.

## LESLEY MACLEAN AND WILLIAM MACLEAN, Appellees

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2023-20955**

---

### MEMORANDUM OPINION

This is an appeal from an order signed December 12, 2023. On August 12, 2024, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.